```
                      UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW HAMPSHIRE
```

Matthew Baran and
Richard Koester

v.                                             Case No. 23-cv-296-SE

Charles Hoegan and
Tanya Roux

<u>ORDER</u>

After due consideration of the objection filed (Docs. Nos. 22 and 24), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 16, 2023 for the reasons explained therein. The defendants' motions to dismiss (Doc. Nos. 6, 17, and 18) are granted. All other motions are denied as moot.

The clerk is directed to enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge

Date: December 18, 2023

cc:   Matthew Baran, pro se
      Richard Koester, pro se
      Charles Hoegen, pro se
      Tonya Roux, pro se